# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### COMPLAINT FORM

Yves Wilson

Full name(s) of Plaintiff(s)
(Do not use **et al.**)

v.

R.A. Rogers Incorporated

Case No. 3:21 CV 1108 (MPS)

(To be supplied by the Court)

Full names of Defendant(s)
(Do not use **et al.**)

## A. PARTIES

1. Yves Wilson _____ is a citizen of Connecticut _____ who
   (Plaintiff)                                                    (State)
   presently resides at 59 Miller Street, New Haven, CT 06511 _____.
                        (mailing address)

2. Defendant R. A. Rogers Incorporated _____ is a citizen of Maryland _____
              (name of first defendant)                              (State)
   whose address is 2135 Espey Court, Ste 7, Crofton, Maryland 21114 _____.

3. Defendant _____ is a citizen of _____
                (name of second defendant)                     (State)

whose address is _____.


(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)


## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

1) Jurisdiction of this court is proper pursuant to 28 USCA 1331.

_____
2) This case is brought within one year of the violations in compliance with the statute of limitations at 15 U.S.C.A. 1692k(d)

_____


## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

1. This action arises out of the Defendants' willful violation of the Fair Debt Collection Practices Act, 15 U.S.C.A § 16982 (FDCPA), The Telephone Consumer Protection Act (TCPA) 47 U.S.C.A. §§ 227 and out of the invasion of the Plaintiff's personal and financial privacy by this Defendant in their legal efforts to collect this alleged debt from Plaintiff.

2

☐

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

I, Yves Wilson am a natural person and consumer as defined by 15 U.S.C.A. § 1692a(3)

**Claim I:** _____

who resides in New Haven, Connecticut. I have been willfully harassed by the Defendant by phone

and the mails since July 2020.  (Please see attachment "D. CAUSE OF ACTION")

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

Initially R.A. Rogers called saying they were attempting to collect a debt alleging that it was mine.  My identity had been stolen and used for fraud earlier in the year so I was suspicious and asked for them not to contact me as I would investigate on my own.  I reached out to the original creditor they said they were collecting for and they confirmed I did not owe this company anything. They then reached out to me by phone continuously while at work and to my employer which caused me extreme embarrassment with management at my employer and colleagues after I had asked to have my privacy respected. July 29th the company reached out to me threatening me saying they would report this debt to a consumer credit reporting agency. At the time I was recovering from a car accident and job loss due to Covid. Again on October 2nd and November 2nd they called and emailed my number and work number. They have used obscene language with me over the phone and have shared my private information with colleagues. This has caused me extreme stress to the point where I had to visit a dentist for a night guard costing me $500. They have ignored my cease and desist letters.  I submitted a complaint to the CFPB and they have ignored that and lied on the reply to have the case closed.

**Claim II:** _____

_____

_____

Supporting Facts:

☐

## E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

As a federally protected consumer I am seeking remedy for violations of 15 U.S.C. 1692e(8), 15 USC 1692b(2), 15 USC 1692b(3), 15 USC 1692b(5), and 15 USC 1692 d(2).

According to 15 USC 1692k(a)2(a) I am seeking relief of these damages in the form of $1000.00 per violation plus the $655.80 medical bill incurred totaling $8,655.80.

I also demand that my name, contact information, address, and employers address be wiped from their files.

## F. JURY DEMAND

Do you wish to have a jury trial?  Yes               No  X

_____
Original signature of attorney (if any)

_____
Printed Name

(   )
Attorney's full address and telephone

Email address if available

_____
**Plaintiff's Original Signature**

Printed Name
Yves Wilson

(   )
Plaintiff's full address and telephone
59 Miller Street, New Haven, CT 06511 / (917) 623-9243

Email address if available
yfwphoto @gmail.com

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at New Haven, US District Court CT on August 17, 2021.
   (location)                                             (date)

**Plaintiff's Original Signature**

(Rev.3/29/16)

□

February 10, 2021

Yves Wilson
59 Miller Street
New Haven, CT 06511

1. Affidavit of Truth

2. Notice to all, I am that I am, the consumer in fact, natural person, original creditor, lender, executor, administrator, holder in due course for any and all derivatives thereof for the surname/given name WILSON, YVES, and I have been appointed and accept being the executor both public and private for all matters proceeding, and I hereby claim that I will d/b/a Yves Wilson AND autograph as the agent, attorney in fact, so be it;

Whereas I of age, of majority, give this herein notice to all, I make solemn oath to the one and only most high of creation only, whoever that may be, and I depose the following facts, so be it, now present:

3. Fact, the Fair Debt Collection Practices Act is intended to secure my right to privacy and my privacy has been breached so be it, and;

4. Fact, I am sure the removal of my information from your website, company records, credit bureaus or any and all derivates therefore, of, and/or with any affiliates will ensure my privacy rights won't be violated again due to lack of consent and this herein unrebutted Affidavit of Truth being serviced to you today and therefore, standing as truth in commerce, so be it, and;

Fact, please show good faith in this matter by expediting the securing of the alleged information listed on your site and in your company's records in order to avoid me receiving further injury, damages, mental anguish, and losses due to me being a victim of identity theft, so be it, and;

Fact, affiant is aware and has proof in the attachment labeled as Exhibit A, Exhibit B, and Exhibit C that R.A. Rogers Incorporated is in violation of 15 USC 1692e(8)

Fact, affiant is aware and has proof in the attachment labeled as Exhibit A, Exhibit B, and Exhibit C that R.A. Rogers Incorporated is in violation of 15 USC 1692b(2)

Fact, affiant is aware and has proof in the attachment labeled as Exhibit A, Exhibit B, and Exhibit C that R.A. Rogers Incorporated is in violation of 15 USC 1692b(3)

Fact, affiant is aware and has proof in the attachment labeled as Exhibit A, Exhibit B, and Exhibit C that R.A. Rogers Incorporated is in violation of 15 USC 1692b(5)

Fact, affiant is aware and has proof in the attachment labeled as Exhibit A, Exhibit B, and Exhibit C that R.A. Rogers Incorporated is in violation of 1692d(1)

Fact, affiant is aware and has proof in the attachment labeled as Exhibit A, Exhibit B, and Exhibit C that R.A. Rogers Incorporated is in violation of 1692d(2)

Thank you,

5. I swear to all information provided herein, I do so under the penalty of perjury that the information I so affirm to be true, correct, accurate to the best of my ability and knowledge, so be it;

I do not accept this offer to contract.

I do not consent to these proceedings.

I do require subrogation of the bond to settle the charge.

On the date of 02/10/2021 WILSON, YVES, agent d/b/a Yves Wilson came before me today present as a flesh and blood living being (non-entity / non debtor) under oath to the most high of creation only and provided the facts listed herein.

Yves Wilson                    _____

Sworn to or affirmed by and subscribed before me on the 10th day of February, year 2021.

Notary name: _____

Notary signature: _____

*Notarized copy sent to defendant on 2/10/21*

July 30, 2020

Yves Wilson
59 Miller Street
New Haven, CT 06511

R.A. Rogers, Inc.
P.O. Box 3302
Crofton MD 21114-0302

Pursuant to 15 USC 1692c.(c) I am notifying you in writing that I refuse to pay this alledged debt, and I am demanding that you cease all forms of communication with me through all and any mediums including family members and employers.

Pursuant to 15 USC 1692c.(c)(2)-

I am invoking my specified remedy as a consumer, and the original creditor I am demanding all of the following:

Delete my information from your company records completely.

Deletion from all consumer reports.

Zero out the balance on this account.

Pay the attached invoice and compensate me for every violation labeled in the attached exhibits.

Best regards,
Yves Wilson

Due to the nationwide impacts of the coronavirus (COVID-19), it may take us longer than usual to answer your call.

We are still processing complaints and you can check the status of an existing complaint online.

 An official website of the United States Government

 Consumer Financial Protection Bureau **(https://www.consumerfinance.gov/)**          **!** Submit a Complaint

‹ All complaints (.)

# 210214-6071811
**CLOSED**

 Submitted

**STATUS**
Submitted to the CFPB on 2/14/2021

**PRODUCT**
Debt collection

**ISSUE**
Communication tactics

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

Initially R.A Rogers called saying they were attempting to collect a debt. I told them I was not familiar with their company and did not owe them a debt. I reached out to the original creditor and they confirmed I did not owe R.A. Rogers anything They then reached out to my employer which caused me to be extremely embarrassed and end up in an altercation with a manager when I asked to have my privacy respected. July 29 the company reached out to me with a letter saying they will be reporting to the credit agencies regarding this debt. At the time I was recovering from a car accident and job loss. Then again on October 2 and again on November 2. They then reached out several more times to me by mail and to my mobile phone and my old employer. This has caused me so much stress I had to visit a dentist to get a night guard because I have been grinding my teeth so hard at night I wake up with migraines. They have ignored my cease and desist and speak rudely to me on the phone and leave sarcastic and rude

**ATTACHMENTS**

RAvmail.jpg
(93.1 KB)

RAinvoice.pdf
(73.6 KB)

RAaffidavitoftruth.pdf
(76.6 KB)

RAceasedesist7.2020.p
(177.2 KB)

rudely to me on the phone and leave sarcastic and rude voicemails on my phone. This company has caused me stress and loss of concentration at various jobs during a pandemic. I have had to pay $600 out of pocket for my night guard to prevent teeth grinding and visits to therapists for stress induced lack of sleep. I am a single father and do not mean anyone harm but this has costs me thousands of dollars and loss of quality of life.

Hide full complaint ⊖

# What product or service is your complaint about?

**PRODUCT OR SERVICE**
Debt collection

**TYPE**
Credit card debt

# What type of problem are you having?

**ISSUE**
Communication tactics

**PHONE NUMBER DEBT COLLECTOR IS CALLING**
9176239243

**HAVE YOU ALREADY TRIED TO FIX THIS PROBLEM WITH THE COMPANY?**
Yes

# What happened?

Initially R.A Rogers called saying they were attempting to collect a debt. I told them I was not familiar with their company and did not owe them a debt. I reached out to the original creditor and they confirmed I did not owe R.A. Rogers anything They then reached out to my employer which caused me to be extremely embarrassed and end up in an altercation with a manager when I asked to have my privacy respected. July 29 the company reached out to me with a letter saying they will be reporting to the credit agencies regarding this debt. At the time I was recovering from a car accident and job loss. Then again on October 2 and again on November 2. They then reached out several more times to me by mail and to my mobile phone and my old employer. This has caused me so much stress I had to visit a dentist to get a night guard because I

have been grinding my teeth so hard at night I wake up with migraines. They have ignored my cease and desist and speak rudely to me on the phone and leave sarcastic and rude voicemails on my phone. This company has caused me stress and loss of concentration at various jobs during a pandemic. I have had to pay $600 out of pocket for my night guard to prevent teeth grinding and visits to therapists for stress induced lack of sleep. I am a single father and do not mean anyone harm but this has costs me thousands of dollars and loss of quality of life.

☐ **I want the CFPB to publish this description on consumerfinance.gov so that others can learn from my experience.**

The CFPB will take steps to remove my personal information from this description but someone may still be able to identify me. Learn how it works. I consent to publishing this description after the CFPB has taken these steps.

## What would be a fair resolution to this issue?

According to USC 15 1692 this company has violated my consumer rights several times and do not see any consequence for their actions. I am in good standing with the bank they claim to represent. They have not validated any debt because there is none and they have not reported me to any credit data furnishing company including Chexsystems. I have proof in the attachment labeled as Exhibit A, Exhibit B, and Exhibit C that R.A. Rogers Incorporated is in violation of 15 USC 1692e(8) I have proof proof in the attachment labeled as Exhibit A, Exhibit B, and Exhibit C that R.A. Rogers Incorporated is in violation of 15 USC 1692b(2) I have proof proof in the attachment labeled as Exhibit A, Exhibit B, and Exhibit C that R.A. Rogers Incorporated is in violation of 15 USC 1692b(3) I have proof proof in the attachment labeled as Exhibit A, Exhibit B, and Exhibit C that R.A. Rogers Incorporated is in violation of 15 USC 1692b(5) I have proof proof in the attachment labeled as Exhibit A, Exhibit B, and Exhibit C that R.A. Rogers Incorporated is in violation of 1692d(1) I have proof in the attachment labeled as Exhibit A, Exhibit B, and Exhibit C that R.A. Rogers Incorporated is in violation of 1692d(2) According to 15 USC 1692 (k)(a)2(A) this company owes me $1000.00 per violation not to mention the medical bills associated with the mental, emotional, and financial stress this has caused me and my family. I am in shock that companies are still allowed to act in this predatory manner. As a federally protected consumer I demand these damages paid for and I want them to pay for each of these violations as shown in the attached invoice. I demand as a federally protected consumer my name, address, and contact information to be wiped from their files. I am fully prepared to take this matter to court but it is my sincere hope that they do the right thing. I will not be trampled on like I am worthless. Please help me.

**4 attachments**
View uploaded documents by clicking on the file name

RAvmail.jpg (93.1 KB)

RAinvoice.pdf (73.6 KB)

RAaffidavitoftruth.pdf (76.6 KB)

RAceasedesist7.2020.pdf (177.2 KB)

# What company is this complaint about?

**COMPANY INFORMATION**
R.A.ROGERS, INC.

**INVOLVEMENT**
Debt Collector

**ACCOUNT NUMBER**
523447

**SOCIAL SECURITY NUMBER
(LAST FOUR DIGITS)**
0211

**COMPANY WHERE THE DEBT
ORIGINALLY CAME FROM**
NASA FCU

**INVOLVEMENT**
Creditor

**ACCOUNT NUMBER**

**COMPLAINT ALSO SUBMITTED
TO THIS COMPANY?**
false

**ATTEMPTED TO FIX WITH THIS
COMPANY?**
Yes

# What people are involved?

**YOUR CONTACT INFORMATION**
Yves Wilson

yfwphoto@gmail.com
9176239243

59 Miller Street
New Haven, Connecticut 06511
United States

**YOUR DEMOGRAPHIC INFORMATION**

**Age**

38

---

## Sent to company

**STATUS**

Sent to company on 2/14/2021

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## Company responded

**STATUS**

Company responded on 2/17/2021

**RESPONSE TYPE**

Closed with explanation

### Company's Response

February 16, 2021 is the 1st time we have received a written letter from Yves Wilson. Yves Wilson mentions he provided a cease/desist letter however our records do not reflect receiving such letter. As of today, February 17, 2021, the original creditor, Nasa FCU, has confirmed the balance remains unpaid. Yves Wilson can contact Nasa FCU directly regarding this debt as we have closed and returned this account to them.

## Feedback requested

**STATUS**

Feedback requested on 2/17/2021

**FEEDBACK DUE**

4/18/2021

### Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

## Closed

 Closed    The CFPB has closed your complaint.



**ADDITIONAL TOOLS AND RESOURCES**

Debt Collection (https://www.consumerfinance.gov/consumer-tools/debt-collection/)

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

 An official website of the United States Government

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

R.A. Rogers, Inc
P.O. Box 3302
Crofton, MD 21114-0302

9590 9402 5001 9063 8678 36

2. Article Number (Transfer from service label)
20 0090 0002 1251 0546

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Shauntel Cosby

C. Date of Delivery
2/16/2

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Priority Mail Express®
☐ Adult Signature
☐ Registered Mail™
☐ Adult Signature Restricted Delivery
☐ Registered Mail Restricted Delivery
☐ Certified Mail®
☐ Signature Confirmation™
☐ Certified Mail Restricted Delivery
☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$3.60

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $

Postage
$1.20

Total Postage and Fees
$7.65

Sent To
R.A. Rogers
Street and Apt. No., or PO Box No.
P.O. Box 3302
City, State, ZIP+4®
Crofton, MD 21114

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

9450 1251 2000 0600 0200

Communication w/ R.A. Rogers
2.9.21



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

R. A. Rogers, Inc
P.O. Box 3302
Crofton, MD 21114-0302

9590 9402 5001 9063 8679 42

2. Article Number (Transfer from service label)

7020 0090 0002 1251 0591

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                      ☐ Address

B. Received by (Printed Name)    C. Date of Delivery
                                  8-5-21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee   $3.50

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage   $0.95

Total Postage and Fees   $7.40

Sent To   R.A. Rogers, Inc.

Street and Apt. No., or PO Box No.   P.O. Box 3302

City, State, ZIP+4®   Crofton, MD 21114-0302

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 0090 0002 1251 0591



2. Communication #2 w/ R.A. Rogers on 7-26-21

P.O. Box 3302
Crofton MD 21114-0302
Address Service Requested

R.A. Rogers, Inc.
Collection Consultants

Exhibit A

October 02, 2020

| PIN# : | Account No.: | Total Amount Due: |
|---|---|---|
| 59495180 | 523447 | $1572.86 |

YVES WILSON
59 MILLER ST
NEW HAVEN CT 06511-5115

RETURN IN PROVIDED ENVELOPE TO:

R.A. Rogers, Inc.
P.O. Box 3302
Crofton MD 21114-0302

---

✂  IMPORTANT: TO RECEIVE PROPER CREDIT BE SURE TO ENCLOSE ABOVE PORTION WITH YOUR PAYMENT  ✂



: Violation of 15 USC 1692b(5)

P.O. Box 3302
Crofton MD 21114-0302
Address Service Requested

Office Hours:
Mon & Tues 8:00AM to 8:00PM (EST)
Wed - Fri 8:00AM to 4:45PM (EST)

| ADDRESSEE | ACCOUNT INFO | CONTACT INFO |
|---|---|---|
| YVES WILSON<br>59 MILLER ST<br>NEW HAVEN CT 06511-5115 | Principal Balance: $1486.89<br>Fee: $0.00<br>Interest: $85.97<br>Total:   $1572.86 | MS PRESTON EXT 152 |



| CREDITOR INFO 1 | |
|---|---|
| NASA FCU | VISA |

Dear Yves Wilson,

This account has been sent to us for collection.  Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.  This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

→ Violation
15 USC 1692b(2)

To ensure proper credit, return the upper portion of this notice with your payment. In the event there is interest or other charges accruing on your account, the amount due may be greater than the amount shown above after the date of this notice.

Questions? Contact MS PRESTON EXT 152 at (301) 858-1200 or (410) 793-3840.  Please have your Account No. available when you call.

101 001 113 201 - 101



*2nd Violation of 15 USC 1692b(3)*

CROFTON MD 21114-0302
Address Service Requested

November 02, 2020

| PIN#: | Account No.: | Total Amount Due: |
|-------|--------------|-------------------|
| 59495180 | 523447 | $1572.86 |

YVES WILSON
59 MILLER ST
NEW HAVEN CT 06511-5115

RETURN IN PROVIDED ENVELOPE TO:

R.A. Rogers, Inc.
P.O. Box 3302
Crofton MD 21114-0302

✂ IMPORTANT: TO RECEIVE PROPER CREDIT BE SURE TO ENCLOSE ABOVE PORTION WITH YOUR PAYMENT ✂

*Violation 15 USC 1692b(5)*

P.O. Box 3302
Crofton MD 21114-0302
Address Service Requested

Office Hours:
Mon & Tues 8:00AM to 8:00PM (EST)
Wed - Fri 8:00AM to 4:45PM (EST)

| ADDRESSEE | ACCOUNT INFO | CONTACT INFO |
|-----------|--------------|--------------|
| YVES WILSON<br>59 MILLER ST<br>NEW HAVEN CT 06511-5115 | Principal Balance: $1486.89<br>Fee: $0.00<br>Interest: $85.97<br>**Total:** $1572.86 | MS PRESTON EXT 152 |

**CREDITOR INFO 1**
NASA FCU
XXXXXXXXXXXX5219
VISA

Dear Yves Wilson,

Your account with a balance of $1572.86 with the above referenced creditor has been placed with R.A. Rogers, Inc for collection. We know it has been difficult for you to pay this large sum all at once. That's why we are approved by our client to offer $1258.29 which is due in our office by 11/30/20.

Upon receiving a cleared payment of this settlement offer, we will notify our client that your account has been satisfied in full, and that you no longer owe on this debt.

It is important that you call this office if further time is required. Please contact our office to arrange payment.

To ensure proper credit, return the upper portion of this notice with your payment.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

*Violation USC 1692b(2)*

In the event there is interest or other charges accruing on your account, the amount due may be greater than the amount shown above after the date of this notice.

Questions? Call (301) 858-1200 or (410) 793-3840. Please have your Account No. available when you call.

Sincerely,
MS PRESTON EXT 152
R.A. Rogers, Inc.

RAR020110215756.000182.01.01.00000

You may now make payments online with your Visa or MasterCard via our website www.rarogersinc.com.
You will need your Account No., Pin # and social security number for access.



P.O. Box 3302
Crofton MD 21114-0302
Address Service Requested

Collection Consultants

| PIN#: | Account No.: | Total Amount Due: |
|-------|--------------|-------------------|
| 59495180 | 523447 | $1572.86 |

July 29, 2020

YVES WILSON
1042 BROAD ST APT 211
BRIDGEPORT CT 06604-4266

RETURN IN PROVIDED ENVELOPE TO:

R.A. Rogers, Inc.
P.O. Box 3302
Crofton MD 21114-0302

✂ IMPORTANT: TO RECEIVE PROPER CREDIT BE SURE TO ENCLOSE ABOVE PORTION WITH YOUR PAYMENT ✂

*Violation of 15 USC 1692b(5)*



P.O. Box 3302
Crofton MD 21114-0302
Address Service Requested

Office Hours:
Mon & Tues 8:00AM to 8:00PM (EST)
Wed - Fri 8:00AM to 4:45PM (EST)

| ADDRESSEE | ACCOUNT INFO | CONTACT INFO |
|-----------|--------------|--------------|
| YVES WILSON 1042 BROAD ST APT 211 BRIDGEPORT CT 06604-4266 | Principal Balance: $1486.89 Fee: $0.00 Interest: $85.97 Total: $1572.86 | MS PRESTON EXT 152 |

**CREDITOR INFO 1**
NASA FCU
XXXXXXXXXXX5219
VISA

Dear Yves Wilson,

Your account with a balance of $1572.86 with the above referenced creditor has been placed with R.A. Rogers, Inc for collection. We know it has been difficult for you to pay this large sum all at once. That's why we are approved by our client to offer $1258.29 which is due in our office by 08/28/20.

Upon receiving a cleared payment of this settlement offer, we will notify our client that your account has been satisfied in full, and that you no longer owe on this debt.

It is important that you call this office if further time is required. Please contact our office to arrange payment.

To ensure proper credit, return the upper portion of this notice with your payment.

*Violation 15 USC 1692b(2)*

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

In the event there is interest or other charges accruing on your account, the amount due may be greater than the amount shown above after the date of this notice.

Questions? Call (301) 858-1200 or (410) 793-3840. Please have your Account No. available when you call.

Sincerely,
MS PRESTON EXT 152
R.A. Rogers, Inc.



11:43 ⍋                                    ‣ıll LTE ▪

Greeting                                      Edit

# Voicemail

## +1 (301) 858-1200
Gambrills, MD
February 11, 2021 at 10:20 AM

0:00                                        −0:29

   

### Transcription Beta
"This message is for Keith Wilson
I'm not even listen hang up if you
are useless ____ please continue to
listen to this message just call may
be recorded he's listen you should
not listen to this message so other
contains personal and

+1 (203) 777-6461        1/29/21  ⓘ
Mayber Endodontics Ne...    00:29

⦿ BLACKROCK School        1/27/21  ⓘ
phone                      00:30

+1 (860) 527-1301        1/25/21

    

Favorites   Recents   Contacts   Keypad   Voicemail

# Angelo M Guerrera D.M.D

2979  Madison Ave
Bridgeport, CT 06606
(203)372-7700

August 09, 2021

Yves Wilson
1042 Broad Street #408
Bridgeport, CT 06604

ID: 1942

| Account Aging | |
|---|---:|
| Current: | $0.00 |
| 30 Days: | $0.00 |
| 60 Days: | $0.00 |
| 90 Days: | $655.80 |
| Contract: | $0.00 |
| Balance Due: | $655.80 |
| Estimated Insurance: | $0.00 |
| **Balance Due Now:** | **$655.80** |

| Date | Patient | Provider | Transaction | Tth | Surface | Fee |
|---|---|---|---|---|---|---:|
| 2/13/2021 | Yves | Angelo M Guerrera DMD | 09944 - Occlusal Guard Hard- Full Arch | | | $600.00 |
| 1/27/2021 | Yves | Allene RDH | 01110 - Prophylaxis Adult | | | $115.00 |
| | Yves | Angelo M Guerrera DMD | 00120 - Periodic Oral Exam (Est Insurance $51.80) | | | $60.00 |
| | Yves | Allene RDH | 00274 - 4 Bitewing Films (Est Insurance $75.00) | | | $75.00 |
| 3/17/2021 | Yves | | Prim Ins Pmt - Insurance Payment Service Date 02/13/2021 for claim from 2/14/2021 for $0.00 | | | |
| 2/10/2021 | Yves | | Credit Adj - Insurance Adjustment Credit Account On Closing of claim for ($71.00) | | | |
| | Yves | | Prim Ins Pmt - Insurance Payment Service Date 01/27/2021 for claim from 1/27/2021 for ($123.20) | | | |

| | |
|---|---:|
| **SubTotal:** | $850.00 |
| Tax: | $0.00 |

*The $55 bill was from the Prey Pd cleanins 80%.* (handwritten note)

| | |
|---|---:|
| **Today's Charges:** | $850.00 |
| - Today's Payment: | $123.20 |
| - Adjustments Today: | $71.00 |
| **Balance Due:** | **$655.80** |

| Contract Balance | Estimated Insurance | Previous Balance | Charges Today | Payments Today | Adjustments Today | Balance Due Now |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $850.00 | $123.20 | ($71.00) | $655.80 |

| Future Family Appointments:  None | | |
|---|---|---|
| Patient: | Patient: | Patient: |
| Next Appointment: | Next Appointment: | Next Appointment: |

Page 1 of 1

Current Dental Terminology (CDT)          © American Dental Association (ADA). All rights reserved.

# Invoice [0012]

# Yves F. Wilson

59 Miller Street, New Haven CT 06511, USA

Date
February 8, 2021

To
R.A. Rogers, Inc.
P.O. Box 3302
Crofton MD 21114-0302

Instructions
Payment due on receipt of invoice. Remit payment by check.

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 8 | Federally protected consumer rights violations under USC 15 1692 | $1,000.00 Per 15 U.S. Code 1692k (a)(2)(A) | $8,000.00 |

| | | |
|---|---|---|
| | Subtotal | $8,000.00 |
| | Sales Tax | |
| | Shipping & Handling | |
| | **Total Due By [Date]** | **$8,000.00** |

Thank you.

Tel: 917.623.9243
Fax:

Email: studio@yveswilson.com
Web: www.yveswilson.com